RICHARDSON, clerk, *v.* BOOZER.

DUCKWORTH, Justice. This case is controlled by the decision of this court in *Richardson* v. *Coker*, ante. The same ordinance is involved, and the same attack is made in each case. Under the adjudication in the case just cited, the court did not err in overruling the demurrers and issuing the writ of mandamus, which are the rulings excepted to.

*Judgment affirmed. All the Justices concur.*

No. 12755. MAY 9, 1939.

*J. C. Savage, Bond Almand, C. S. Winn, J. C. Murphy,* and *Edwin L. Sterne,* for plaintiff in error.

*William G. McRae,* contra.